# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CHARLES DORMAN,**
*on behalf of himself and*
*all others similarly situated*                                                        **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 4:17cv00088-MPM-JMV**

**SATELLITES UNLIMITED, LLC**                                            **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

Before the Court is Plaintiff's Motion to Dismiss Pending Arbitration [8], filed August 1, 2017. Accordingly, the undersigned finds a stay of certain pretrial proceedings is appropriate pursuant to L.U.Civ.R. 16(b)(3)(B). The rule provides that

> [f]iling a motion to compel arbitration . . . stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal.

**THEREFORE, IT IS ORDERED:**

That the above-mentioned proceedings and the case management conference are, hereby, **STAYED** pending further order of the Court.

**THIS**, the 3rd day of August, 2017.

                                                                           **/s/ Jane M. Virden**
                                                                           **U. S. MAGISTRATE JUDGE**